THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

PAUL SACHELARI,  CSB # 230082
Special Assistant United States Attorney
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8933
   Facsimile:  (415) 744-0134
   E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

Priority ——
Send
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINNIE HORNE,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CV 08-07715-CJC (OP)<br><br>JUDGMENT OF REMAND |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: 8/27, 2009                                

                                   OSWALD PARADA
                                   UNITED STATES MAGISTRATE JUDGE